**Order entered September 12, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00421-CR

**GEVAN KEITH LORING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-55487-N**

## ORDER

On August 27, 2018, we ordered court reporter Velma Lopez to file a true and correct playable copy of State's Exhibit #1 – labeled "Body Cam." The following day, Ms. Lopez filed a response in which she states she cannot copy and file State's Exhibit 1 because the DVR that was admitted into evidence is empty. In light of this, we **VACATE** our August 27, 2018 order.

Appellant's brief is due October 2, 2018.

/s/　　CRAIG STODDART
　　　　JUSTICE